UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIA TONGE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:12-cv-00570-JMS-MJD |
| THE ARANTEE GROUP, LLC, RAVI CHOPRA, | ) ) ) ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for proceedings supplemental pursuant to the Court's January 17, 2014 Order (the "Pro Supp Order"). [Dkt. 32.] The proceedings supplemental relate to a judgment entered by this Court on March 27, 2013 in favor of Plaintiff and against Defendants The Arantee Group LLC and Ravi Chopra. [Dkt. 28.] The Pro Supp Order required an authorized agent of The Arantee Group LLC and Ravi Chopra to appear before the Court in person at 4:00 p.m. on February 26, 2014. [*Id.* at 2.] Neither an authorized agent of The Arantee Group LLC nor Ravi Chopra appeared for the hearing.

The Pro Supp Order required counsel for Plaintiff to serve a copy of the Pro Supp Order and other papers upon an authorized agent of The Arantee Group LLC and Ravi Chopra and to file proof of such service. Service on The Arantee Group LLC and Ravi Chopra was effected by Captain Donald VanCleave of the Marion County (Indiana) Sheriff's Office. [Dkt. 38.] Captain VanCleave further represented that he spoke by telephone with Ravi Chopra on February 10, 2014 and "informed him of the importance of appearing at Court at the required time." [*Id.*]

Pursuant to Local Rule 69-4, the Magistrate Judge may recommend that the District Judge issue a body attachment if a judgment debtor fails to appear for a hearing despite service and actual notice. S.D. Ind. L.R. 69-4(a). The Magistrate Judge finds that judgment debtor Ravi Chopra failed to appear for the February 26, 2014 hearing in this matter despite having received actual notice of the hearing. Accordingly, the Magistrate Judge recommends that the District Judge issue a body attachment with regard to Ravi Chopra pursuant to Local Rule 69-4.

Dated: 03/10/2014

Distribution:
All Electronically Registered Counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana