UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KIA TONGE,                               )
                                         )
                  Plaintiff,             )
                                         )
            vs.                          )
                                         )   No. 1:12-cv-00570-JMS-MJD
THE ARANTEE GROUP, LLC,                  )
RAVI CHOPRA,                             )
                                         )
                  Defendants.            )

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION


The Court has reviewed and considered the Magistrate Judge's Report and Recommendation [Docket No. 40 ] regarding the authorized agent of Judgment Debtors', The Arantee Group LLC and Ravi Chopra, failure to appear for the February 26, 2014 proceeding supplemental hearing, despite having received actual notice of the hearing.

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein. A body attachment will issue separately.

IT IS SO ORDERED.


Dated:   03/18/2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution List:

All Electronically Registered Counsel